USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:

ION MEDIA NETWORKS, INC., *et al*,

---

ION MEDIA NETWORKS, INC.,

                     Plaintiff,

    -against-

CYRUS SELECT OPPORTUNITIES MASTER FUND, LTD.,

                     Defendant.

---

CYRUS SELECT OPPORTUNITIES MASTER FUND, LTD.,

                     Plaintiff,

    -against-

ION MEDIA NETWORKS, INC., *et al*,

                     Defendants.
----------------------------------------------------------------x

No. 09 Civ. 8076 (SHS)

Bank. No. 09-1440 (JMP)

No. 09 Civ. 8121 (SHS)

Bank. No. 09-1479 (JMP)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that, for the reasons set forth on the record today, the motion to withdraw the reference to Bankruptcy Court [document no. 1] is denied.

Dated: New York, New York
       November 2, 2009

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.